UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KEVIN THOMPSON,

Defendant.

02-CR-1372-04 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 7, 2019, while this case was pending before the Hon. William H. Pauley, defendant Kevin Thompson moved for a reduction of sentence pursuant to Section 404 of the First Step Act of 2018. Dkt. 524. On June 14, 2019, the Government opposed the motion. Dkt. 527.

This Court – to whom this case was transferred on July 30, 2021, following Judge Pauley's untimely death, Dkt. 572 – understands that, with the motion for a reduction of sentence pending, Mr. Thompson was released from custody on or before July 23, 2020. *See* Dkt. 549. The Court accordingly denies Mr. Thompson's motion as moot. The Clerk of Court is directed to terminate the motion pending at Dkt. 524.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 17, 2023
New York, New York